UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JIMMIE YOUNGBLOOD

VS                                          CASE NO:

FLA DEPT OF CORRS.                3:23-cv-833-TJC-LLL

MOTION OF COMPLAINT
ASKING FOR FEDERAL RULE
ORDER

PLAINTIFF JIMMIE YOUNGBLOOD PRO SE, HEREBY RESPECTFULLY MOVE THIS HONORABLE COURT TO RULE ON THE PLAINTIFF COMPLAINTS ASKING FOR FEDERAL RULE ORDER

THE FOLLOWING GROUNDS TO SUPPORT THIS MOTION

(1) THE FLA DEPT OF CORRS VIOLATIONS THE PLAINTIFF FEDERAL AND STATE CONSTITUTIONS 8th AND 14th AMENDMENT OF THE U.S.C.A

(2) THE FLA DEPT OF CORRS VIOLATE THE PLAINTIFF A.D.A (1973) ALSO THE FLA. DEPT. OF. CORRS CODES CHAPTER 33-404 MENTAL HEALTH POLICY.

## STATEMENT OF FACTS

The Fla Dept of Corrs (Suwannee Corr Inst) administrative officers, keep letting the mental health staffs letting the plaintiff keep self-harming hisself.

On July 5, 2023 between the hours 10:30 am - 1:45 pm in F-Dorm Wing "1" cell (F-1205) the plaintiff had a mental health break-down from hearing voices.

The plaintiff took a homemade razor, and start cutting on his left AC on this arm, to he start bleeding out.

The plaintiff then took a writing pen out of his bunk locker out of his property, and start pushing the pen into his veins.

The plaintiff told the officers in F-Dorm that's he having a serious mental health break-down. The officers left he into his cell self harming his-self. For hours.

The other inmates in confinement start to notices thats pour start pouring from under the plaintiff cell door (F-1205) the inmates start yelling and kicking on they cell door to call the officers.

The officers and the LT. of the dorm rush in the wing (wing 1) in F.dorm to see whats was the problem. Inmates the officers thats inmate cut his self and bleeding out his body and blood pouring from under his door.

The officers told all the inmates to get off the cell doors, so they can not witness the issue whats going on with inmate Youngblood.

The officers and Lt. told inmate Young to cut up, and inmate Youngblood follow all orders, inmate Youngblood was talking to the medical treatment to get medical treatment

I am asking for your court's please call someone in central office in Tallahassee Florida Dept. of Corr's speak with someone in the headquarter (person in charge) of mental health let them know I am having a mental health break down. I need a mental health hold on me, by the central offices and place's in a real mental health unit (C.S.U or J.C.U) at Wakulla Corr Inst or Lake Corr Inst, so I can get real help. Suwannee and Santa Rosa C.I. mental health unit is not getting me the proper mental health treatment I need.

### CERTIFICANT OF SERVICE

I, hereby certify that a true and correct copy of the foregoing motion of complaint asking for the federal court's rule order, to the Honorable Clerk of Court United States District Court Middle District of Florida Jacksonville Division this 12th day of July, 2023

Respectfully Submitted *Jimmie Youngblood*

Jimmie Youngblood
DC# W04742
Suwannee Corr Inst
(Annex Unit)
5964 U.S. Hwy 90
Live Oak, Fla. 32060

Provided to Suwannee Correctional Institution on:
JUL 1 2 2023
for mailing, by: