UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JIMMIE YOUNGBLOOD,

    Plaintiff,

v.    Case No. 3:23-cv-833-BJD-LLL

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, an inmate of the Florida penal system, is proceeding pro se. Plaintiff filed a document titled "Motion of Complaint Asking for Federal Rule Order" (Doc. 1) dated July 12, 2023, in which he alleges he is being denied proper mental health treatment. He requests to be transferred so he "can get real help."

As Plaintiff has been previously advised,[1] the Court has approved the use of a civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983. *See* Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to name the defendants he intends to sue, disclose his litigation history, describe his claims and facts, and

---

[1] Case Nos. 3:22-cv-894-MMH-LLL, 3:23-cv-362-BJD-LLL, 3:23-cv-791-MMH-LLL.

state the relief he seeks. Here, Plaintiff has not filed a complaint, nor has he provided the Court with all of the information required by the civil rights complaint form.

The Court further advises Plaintiff that courts generally will not interfere with matters of prison administration, including an inmate's custody status or his place of incarceration. *See Bell v. Wolfish*, 441 U.S. 520, 547-48 (1979) ("[T]he operation of our correctional facilities is peculiarly the province of the Legislative and Executive Branches . . . not the Judicial.").

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3. The **Clerk** shall send Plaintiff a civil rights complaint form and an application to proceed *in forma pauperis* (prisoner filings) form. If Plaintiff chooses to refile his claims, he may complete and submit the appropriate forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In initiating such a case, Plaintiff should either file a fully completed application to proceed *in*

*forma pauperis* (if he desires to proceed as a pauper) or pay the proper filing fee (if he does not desire to proceed as a pauper).

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of July, 2023.

_____
BRIAN J. DAVIS
United States District Judge

caw 7/18
c:
Jimmie Youngblood, #U04742